UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHE PRESANT,

        Plaintiff,

vs.

PARSONS, BRINCKERHOFF, ALLTECH, INC.,

        Defendant.

NO. C 05-01243 BZ

ORDER FOR DISMISSAL WITH PREJUDICE

The court having considered the Request of Plaintiff for Dismissal of the above-captioned Complaint with prejudice as to all defendants, and FOR GOOD CAUSE APPEARING, it is hereby ordered that the Complaint be and is dismissed with prejudice as to all defendants.

IT IS SO ORDERED,

Dated: May 2, 2005

United States District Court
IT IS SO ORDERED
Magistrate Judge Bernard Zimmerman
Northern District of California

ORDER FOR DISMISSAL    1